**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01055-CR

**RAFAEL ORTIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F11-41671-H**

## ORDER

The Court **REINSTATES** the appeal.

On January 8, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the finding that appellant has filed a motion to dismiss the appeal. A copy of the motion, signed by both appellant and counsel, are contained in the supplemental clerk's record. We will treat the motion as being filed in this Court as of April 29, 2014. We will dispose of the motion in due course.

We **DENY** appellant's February 7, 2014 motion to dismiss the appeal because it was not signed by appellant as required by rule 42.2(a).

/s/      LANA MYERS
          JUSTICE